**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1322**

ESHAWN JESSICA SCIPIO,

        Plaintiff - Appellant,

    v.

HOUSING AUTHORITY OF HARTSVILLE, a/k/a Hartsville Housing Authority; EXECUTIVE DIRECTOR KIM FUNDERBURK, in her individual and official capacity; PUBLIC HOUSING DIR. TOMIKA BERRY, in her individual and official capacity; SECTION 8 CLERK TIFFANY BISHOP, in her individual and official capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:23-cv-01223-JD-TER)

Submitted:  July 24, 2025                             Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eshawn Jessica Scipio, Appellant Pro Se.  Michael Warner Battle, BATTLE LAW FIRM, LLC, Conway, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eshawn Jessica Scipio seeks to appeal the district court's order granting the Defendants' motion for summary judgment and determining that Scipio's due process claim would remain pending. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Scipio seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
